## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| N.S, *et. al,* | ) |
| | ) |
| Plaintiffs, | ) Case No.: 4:16-CV-00843-BCW |
| | ) |
| v. | ) |
| | ) |
| KANSAS CITY, MISSOURI, BOARD OF | ) |
| POLICE COMMISSIONERS, *et. al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is given that Plaintiffs N.S. and Narene James appeal to the United States Court of Appeals for the Eighth Circuit, (a) from the "Order" (Doc. No. 160 dated February 9, 2018), granting Defendants Kansas City, Missouri Board of Police Commissioners, Chief Richard Smith, Darryl Forte, and William Thompson's motion for summary judgment as to Count II against Defendants Kansas City, Missouri Board of Police Commissioners, Chief Richard Smith and Darryl Forte, and (b) from the "Amended Partial Order for Summary Judgement" (Doc. No. 177 dated February 11, 2020), granting Defendant William Thompson's motion for summary judgment as to Count I based upon qualified immunity and as to Count III based upon official immunity.

              Respectfully submitted,

              THE MCCALLISTER LAW FIRM, P.C.

            By: */s/ Brian F. McCallister*
               Brian F. McCallister MO #37383
               Andrew D. Ferrell MO #67468
               917 West 43rd Street
               Kansas City, Missouri 64111-3133
               Telephone: (816) 931-2229
               Facsimile: (816) 756-1181
               Email: info@mccallisterlawfirm.com

and

CLS Mitigation & Consulting Services, LLC

*Cynthia L. Short*
Cynthia L. Short  MO #36936
P.O. Box 681217
Riverside, MO 64168
Telephone: (816) 396-6979
Email: cyndy@clsmitigation.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2020 a copy of the above and foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Missouri using the CM/ECF system which operates to send electronic notification of such filing to all the following individuals currently electronically registered with the Court:

Diane Peters
Missouri Attorney General
615 E 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816) 838-2285
Facsimile: (816) 889-5006
Email: diane.peters@ago.mo.gov

and

Jeffry J. Simon
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jeff.simon@huschblackwell.com
*Attorneys for Defendants*

*/s/ Brian F. McCallister*
*Attorney for Plaintiffs*